Virginia:

In the office of the Attorney General

MR. DONSHEA O'NIESS DEANS #1852844

Plaintiff

V.

7:24CV124-U/H

Virginia Department of Corrections Practices And Procedures Wallens Ridge State Prison Director Harold Clarke, Gregory L. Holloway Warden Jeffery Artrip, Assistant Warden Mr.     Defendant Blevins, Major Thomas W. Hall, Captain Baliey, IHO M. Ewing WrSP ICA/Unit Manager Jonathan M. Gibson, C/o E. Surgener WrSP Administration Reviewer Michael Pozeg, SGT. Blaha Lieuteant D.T. Cooke, Lieuteant Anthony L. Nunley, Lieuteant Christopher L. Stacy, Director Chadwick S. Dotson, WrSP Medical Department, WrSP Food Service Inmates, Offenders, CCAP Probationers, Parolees, Mental Health Inmates Serving a Virginia State sEntence, WrSP Employee staff, American Correctional Association, SGT. FEILDS Lonesome Pine Hospital ER Department, S. A. Caughron INMATE BRADLEY And the CommonWealth of Virginia

<u>Notice of Tort Claims Against the CommonWealth of Virginia</u>

Comes now, Mr. Donshea O'niess Deans #1852844, Pro Se Pursuant to the CommonWealth of Virginia 1950 § 8.01 -195.1 et seq., with this <u>notice of claim</u>

# Notice of Claim

IN SUPPORT thereof, Plaintiff says: Is being Abused by the unlawful operations of Wallens Ridge State Prison Authority My Constitutional Rights Has been invalid and Violated by Wallens Ridge State Prison DOC Authority My Constitutional Bill of Rights thats been unvalid and violated by Wallens Ridge State Prison Authority AMENDMENT I.   AMENDMENT VIII.   AMENDMENT XIV. Section 1.(one) Exibit B1 B2 B3

(one) 1. That the Notice of claim, is timely made. Within one year from the time the claim arose; and

2. That the State agency or agencies Alleged to be liable ARE: Claim is timely made within one year from the time the claim arose: And the agencies liable are: Wallens Ridge State Prison The Government Security, Director's, Advisory's, Staff, Employee's of the Commonwealth of Virginia Department of Corrections, Lonesome Pine Hospital ER Department

3. That the Place that the injury or damage occurred is described as: Commonwealth of Virginia Department of Corrections Wallens Ridge State Prison P.O. Box 759 Big Stone Gap, Virginia 24219 Building Alpha  Pod Five Cell Number Five Sixteen

4. That the time that the injury or damaged occured was on or about: April 12th, 2023 Approximately or around 12:00 P.M.

5. That the nature of the claim and injury is described as: Excessive cruel and unusual Punishments deprive of my Life Liberty and Property
   deprive of my due Process by Law
Neglect  Pain and suffering  incapacitation
under the care and conditions of the VDOC Authority
Public Saftey First   Serious bodily Harm  9+ stitches
   Concussion    Extended stay in outside medical
   was denied   Restriction to usual activity

6. That the commonwealth Has "(6)" six months to seek Settlement of this case Pursuant to the Code of Virginia 1950 § 8.01-195.5 and that after the (6) six Months have expired the Plaintiff May seek judgement against the above named defendants in appropriate state Court.

Wherefore, TAKE NOTICE that the Plaintiff will seek judgement in an amount as a Judge deem Just and Proper, and all cost expended in behalf of the intended suit.

DATED: FEBRUARY 8, 2024      MR. DONSHEA O'niess Deans #1852844
                             Petitioner / Plaintiff, Pro Se

                Address:

CENTRAL MAIL Distribution    WALLENS Ridge state Prison
       CENTER                       P.O. Box 759
INMATE #                      Big Stone gap, Virginia 24219
3521 WOODS WAY, STATE FARM
VA 23160


         Commonwealth of Virginia
         County / City of  Big Stone gap, Virgina

# RELIEF REQUESTED

Compensatory Damages in the Amount of $5000.00 Against Defendant(s). (Maxium Amount is $100,000.00)

Monetary Damages for Property in the Amount of $187.20 _____. (Claim **Must** include receipts And or Proof of value and will not normally Exceed the cost to replace Damaged Property.) Evidence Exibit #1  Exibit #2  Exibit #3

Mr. DoNshea O'niess Deans #1852844

NAME AND ADDRESS.

CommonWealth of Virginia.
County\City of _____
Sworn and subscribed to before me this,_____
day of_____ 20____

_____
NOTARY Public

MY Commision Expires._____ 20_____.

CENTRAL MAIL DISTRIBUTION CENTER
   DONSHEA DEANS #1852844
3521 WOODS WAY
STATE FARM, VA 23160

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

LEGAL MAIL



Received Mailroom
FEB 13 2024
Wallens Ridge State Prison

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

210 FRANKLIN ROAD ROOM 540
ROANOKE, VA 24011